IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DBDFW 3 LLC, | ) |
|         Plaintiff, | ) |
| v. | ) |
| JPMORGAN CHASE BANK, N.A., | ) |
|         Defendant. | ) Civil Action No. 3:18-CV-3148-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should grant Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss and dismiss all of Plaintiff DBDFW 3's claims with prejudice. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, JPMorgan Chase Bank, N.A.'s Motion to Dismiss, filed January 7, 2019, is **GRANTED**. Accordingly, all claims asserted against JPMorgan Chase Bank, N.A. are hereby **DISMISSED WITH PREJUDICE.**

SO ORDERED this 21st day of February, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE